**Order entered March 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00143-CV

### THEODORE SIMMONS, Appellant

### V.

### MIDLAND FUNDING, LLC, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-01681-C**

## ORDER

Before the Court are appellant's written verification that he has requested the reporter's record and letter from Janet. E. Wright, Official Court Reporter for County Court at Law No. 3, informing the Court that the record in this appeal was taken by LaToya Young-Martinez. Accordingly, we **ORDER** Ms. Young-Martinez to file the reporter's record no later than April 2, 2020. As the clerk's record reflects appellant filed in the trial court a statement of inability to afford payment of costs and nothing before us reflects the trial court has ordered appellant

to pay costs, the record shall be prepared without payment of the reporter's fee. *See* Tex. R. Civ. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright, Ms. Young-Martinez, and the parties.


/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE